FILED
IN CLERK'S OFFICE

2015 DEC 30 AM 11 14

U.S. DISTRICT
DISTRICT OF

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ROBERT E. ELLISTON "PRO SE"**

    **PLAINTIFF,**

V.

**WING ENTERPRISES, INC.**                                  CIVIL ACTION

"Doing business as Little Giant Ladder Systems"     NO. #:1:15-cv-11739-FDS

    **DEFENDANT,**

## PLAINTIFF ROBERT E. ELLISTON'S MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff, Robert E. Elliston, moves this court for an order continuing the Scheduling Conference, currently scheduled January 11, 2016, until February 1, 2016 or a later date agreeable with this court.

In support of this motion, Plaintiff Robert E. Elliston states:

1. The case was filed on April 29, 2015. Since that time, Plaintiff Robert E. Elliston has represented himself *pro se*.

2. On November 17, 2015, this court entered an order with conclusion that "The Massachusetts statute of limitations applies to plaintiff's claims, and Wing's motion to dismiss is therefore DENIED."

3. On December 1, 2015, the defendant filed their answer to the Complaint filed on April 29, 2015 and sent a copy by first class mail to the plaintiff, arriving on December 4, 2015.

4. On December 2, 2015, the defendant sent to the plaintiff a PROPOSED JOINT STATEMENT OF PROPOSED PRE-TRAIL SCHEDULE AND (PROPOSED) ORDER, and asking the plaintiff to review and to confer. It arrived, as well, on December 4, 2015.

5. On December 2, 2015, the plaintiff, Robert E. Elliston, embarked on a four day road trip across country to attend to affairs resulting from his mother's death earlier in the year.

6. On December 5, 2015, this court issued "NOTICE OF SCHEDULING CONFERENCE" to be held on January 11, 2016. This notice arrived on December 9, 2015.

7. On December 7, 2015, the plaintiff's wife placed copies of documents mentioned above in paragraphs #3 and #4 in first class mail to the plaintiff's address in Mead, Oklahoma. These documents never reached the plaintiff, were marked "RETURN TO SENDER" by the postal service and arrived back at the plaintiff's Massachusetts address on December 19, 2015

8. On December 10, 2015, the plaintiff's wife placed copies of documents mentioned above in paragraph #6 in first class mail to the plaintiff's address in Mead, Oklahoma. They were received there on December 15, 2015.

9. On December 22, 2015, the plaintiff, Robert E. Elliston returned to his home in Massachusetts.

**10.** On December 23, 2015, the plaintiff, Robert E. Elliston read and reviewed for the first time all the documents mentioned in paragraphs #3 and #4. Upon this review and acknowledging the urgency necessitated by Local Rule 16.1 (b), the plaintiff attempted to speak with the counsel for the defense by phone, but left a voice mail message instead admitting that the holiday season was upon all of us by that time, and that the plaintiff would be submitting a Motion to Continue because of the resulting time constraints.

**WHEREFORE,** Plaintiff Robert E. Elliston prays that this court will continue the scheduling conference currently set for January 11, 2016, to allow adequate time for both parties to seek mutual agreements.

Signature: _Robert E. Elliston Pro Se_

Name:  Robert E. Elliston "Pro Se"

Address:  111 Gosnold's Way

Chilmark, Massachusetts 02535

Telephone #:  508 645-9622

(cell)    508 560-5532

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on December 28, 2015.

                                                Robert E. Elliston "Pro Se"

*/s/ Robert E. Elliston, Pro Se*

U.S. POSTAGE PAID
CHILMARK, MA
02535
DEC 07 15
AMOUNT
$1.86
R2305K134921-07

73449

Mr. Robert Elliston
336 N. Wilhite Drive
_____, OK 73449

NIXIE     734491015-1N            12/15/15
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

REASON CHECKED
☐ Moved, Left No Address
☐ Unable To Forward
☐ Attempted - Not Known
☐ Unclaimed    ☐ Refused
☐ No Such Street  ☐ No Such Number
☑ Insufficient Address

No Mail Receptacle

Elise Elliston
111 Gosnold's Way
Chilmark, MA 02535